UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 FEB 25 PM 3: 51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FRANK R. SIMONELLI,
    Plaintiff,

Case No. 6:11-CV-305-ORL-

vs.

FIRSTSOURCE ADVANTAGE, LLC,
    a New York limited liability corporation,

and

JOHN and JANE DOES I - V,
    Defendant(s)    /
_____/

## COMPLAINT
(Jury Trial Demand)

### INTRODUCTION

1. FRANK R. SIMONELLI, (hereinafter "FRANK SIMONELLI" or "Consumer") hereby alleges that Defendants' FIRSTSOURCE ADVANTAGE LLC, a New York limited liability corporation, (hereinafter "FIRST SOURCE") and JOHN and JANE DOES I - V violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA") by failing in telephone messages left by Defendants for Consumer to state that the purpose of the call was to attempt to collect a debt or that the call was from a debt collector. Consumer seeks an award of statutory damages (in the amount of $ 1,000), reasonable attorney's fees and costs against each of the Defendants.

## I. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the conduct complained of because, at all times relevant, Plaintiff resided in this District (Seminole County, Florida) and the Defendants transact business here. Furthermore, Defendant FIRST SOURCE placed at least one telephone call to Plaintiff in this District.

## II. PARTIES

### FRANK SIMONELLI

4. Plaintiff, FRANK R. SIMONELLI (hereinafter, "FRANK SIMONELLI" or "Consumer"), is a natural person who, at all times relevant, resided in Seminole County, Florida.

5. At all times material hereto, FRANK SIMONELLI was a "consumer" as this term is defined under 15 U.S.C. § 1692a(3).

### "FIRSTSOURCE ADVANTAGE, LLC"

6. Defendant, FIRSTSOURCE ADVANTAGE, LLC (hereinafter "FIRST SOURCE") is a New York limited liability corporation whose principal place of business is 205 Bryant Woods South, Amherst, NY (14228).

7. Defendant, FIRST SOURCE'S registered agent in the State of Florida is C T Corporation System, 1200 South Pine Island Road, in Plantation, FL (33324).

8. Plaintiff also sues the person or persons who created, approved, directed, and/or participated in the collection practices that are the subject of this litigation. The identity of these persons is known to Defendant FIRST SOURCE but is not presently known to Plaintiff. These

defendants are hereinafter referred to as Defendants JOHN AND JANE DOES I - V. (Defendants FIRST SOURCE and JOHN and JANE DOES I - V are hereinafter collectively referred to as the "Defendants").

9. Defendants JOHN and JANE DOES I-V created, approved, directed, supervised, and/or participated in Defendant FIRST SOURCE'S collection practice of leaving telephone messages which fail to inform the consumer (a) of identify of Defendant FIRST SOURCE and (b) that the purpose of the call was to collect a debt or that the call was from a debt collector.

10. Defendants FIRST SOURCE and JOHN and JANE DOES I - V are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6) because they regularly use the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Middle District of Florida.

11. Defendant FIRST SOURCE is licensed as a "consumer collection agency" by the Office of Financial Regulation of the State of Florida. FIRST SOURCE is also registered to transact business in Florida the purpose of which is "Debt collection via telephone and mail."

12. The principal purpose of the Defendant FIRST SOURCE is the collection of debts using the mails and telephone.

13. Defendant FIRST SOURCE regularly attempts to collect debts alleged to be due to another.

14. Defendants were acting as debt collectors with respect to the collection of the Alleged Account.

15. All acts of the individual (DOE) defendants described below were committed with the intent to collect the Alleged Account on behalf of defendant FIRST SOURCE.

3

## IV **FACTUAL ALLEGATIONS**

16. At all times material hereto, "Capital One Bank (USA), N.A." was a "creditor" as this term is defined under 15 U.S.C. § 1692a(4).

19. At all times material hereto, the credit card account (the "Alleged Account") was a "debt" as this term is defined under 15 U.S.C. § 1692a(5).

20. The Account went into default before Defendant acquired any interest in the Account.

21. At some unknown time in the past, FIRST SOURCE directly or indirectly contracted with Capital One Bank (USA), N.A. (or its successors in interest) for the purpose of collecting the afore described consumer debt.

22. As more particularly described below, commencing on or about early 2010, FIRST SOURCE through its agents, employees, and/or representatives began a pattern of conduct reasonably calculated to harass, threaten or coerce FRANK SIMONELLI into paying the Account.

23. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated :

> MARCH 19, 2010   6:07 p.m.. (EST)
>
> We have an important message for you. To retrieve this important message please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Ref. no. [XXXXXX XX]. Again, that toll free number is 800-430-7345. Thank you.
>
> This is First Source Advantage, L.L.C. calling for Frank R. Simonelli. To retrieve this important message please press the 1 key now or please return our call at your earliest convenience at 800-430-7345. Ref no. [XXXXXXXX]. Again, that toll free

4

number is 800-430-7345. Thank you.

MAY 7, 2010    12:41 p.m. (EST)

We have an important message for you. To retrieve this message press 1 key now or please return our call at your earliest convenience at 800-430-7345 Ref No. 5138476. Again that toll free number is 800-430-7345. Thank you.

This is First Source Advantage calling for Frank R. Simonelli. We have an important message for you. To retrieve this message press 1 key now or please return our call at your earliest convenience at 800 - 430 - 7345    Ref No. [XXXXXXXX].    Again that toll free number is 800-430-7345. Thank you.

MAY 12, 2010  3:50 p.m. (EST)

We have an important message for you.  To retrieve this message press 1 key now or please return our call at your earliest convenience at 800 - 430 - 7345  Ref No. 5138476. Again that toll free number is 800-430-7345. Thank you.

This is First Source Advantage, LLC, calling for Frank R. Simonelli.  We have an important message for you. To retrieve this message press 1 key now or please return our call at your earliest convenience at  800 - 430 - 7345  Ref No.[XXXXXXXX]. Again that toll free number is 800-430-7345. Thank you.

MAY ___ 2010 at 2:50 pm (EST)

We have an important message for you.  To retrieve this message press 1 key now or please return our call at your earliest convenience at 800-430-7345  Ref No. 5138476. Again that toll free number is  800-430-7345. Thank you.

This is First Source Advantage, LLC, calling for Frank R. Simonelli. We have an important message for you. To retrieve this message press 1 key now or please return our call at your earliest convenience at 800-430-7345  Ref No.15138476. Again that toll free number is  800-430-7345. Thank you.

(These messages along with any other telephone messages that Defendants left on other occasions within the 365 day period immediately preceding the date this Complaint was filed are hereinafter collectively referred to as the "telephone messages"). [The reference numbers are redacted to protect Consumer's privacy.]

24. The messages are "communications" as defined by 15 U.S.C. § 1692a(2). See *Berg v. Merchs. Ass'n Colection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXI 94023 (S.D. Fla. Oct. 31, 2008).

25. Defendant failed to inform Plaintiff in the messages that the communication was from to state that the call was from a debt collector.

26. All telephone messages were left on behalf of Defendant FIRST SOURCE and were were made within the scope of the employment and agency of Defendants JOHN and JANE DOES DOES I-V.

27. Defendants JOHN and JANE DOES I-V created, approved, directed, supervised, and/or participated in Defendant FIRST SOURCE'S practice of leaving telephone messages.

28. All of Defendant FIRST SOURCE'S collection actions at issue in this matter occurred within one year of the date of this Complaint.

29. The statements made by Defendant FIRST SOURCE and DOES I - V are to be interpreted under the "least sophisticated consumer" standard. Jeter v. Credit Bureau, Inc., 760 F.2d 1168 (11th Cir. 1985).

30. FRANK SIMONELLI has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

## V. COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

31. Plaintiff incorporates the foregoing Paragraphs.

32. Defendants failed to disclose in the telephone messages that the call was from a debt collector in violation of 15 U.S.C. §1692e(11). *Edwards v. Niagara Credit Solutions, Inc.*, 586 F.Supp.2d 1346, 1352-53 (N.D.Ga. 2008) *aff'd on other grounds*, 584 F.3d 1350 (11th Cir. 2009); *Drossin v. National Action Financial Services, Inc.*, 641 F.Supp.2d 1314, 1319-20 (S.D.Fla. 2009) and *Belin v. Litton Loan Servicing*, 2006 WL 1992410, *4-*5, 2006 U.S. Dist. LEXIS 47953 (M.D.Fla., July 14, 2006).

WHEREFORE, Plaintiff FRANK SIMONELLI requests that the Court enter judgment in favor of Plaintiff FRANK SIMONELLI and jointly and severally against Defendants FIRSTSOURCE ADVANTAGE, LLC and JOHN and JANE DOES I - V for:

A. Statutory damages (in the amount of $ 1,000.00) pursuant to 15 U.S.C. § 1692k;

B. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

C. Such other or further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands *trial by jury* on all issues so triable in this action.

Dated : FEBRUARY 25, 2011.

*/s/ Donald E. Petersen*
DONALD E. PETERSEN
Law Office of Donald E. Petersen
Post   Office   Box   1948
Orlando, FL  32802-1948
Voice :      (407) 648-9050
Facsimile : N/A
E.C.F.  : depecf@cfl.rr.com
F.B.N.              0776238
Attorney for the Plaintiff,
FRANK R. SIMONELLI